IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIAS SOARES VIEIRA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) CASE NO. 1:09-cv-0495-RLY-JMS |
| ELI LILLY AND COMPANY, et al., | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS'
## JOINT REQUEST FOR ENTRY OF JUDGMENT

This matter having come before the Court on Defendants' Joint Request for Entry of Judgment and the Court being duly advised, now GRANTS Defendants' Request. Plaintiffs have not filed notice of reliance on foreign law pursuant to Federal Rule of Civil Procedure 44.1 as required by the Court within the time provided in the Court's Entry Granting in Part Defendants' Motion to Dismiss [Docket No. 95]. Plaintiffs' purported "notice" of voluntary dismissal is of no effect. It is hereby ORDERED that Plaintiffs' Amended Complaint is dismissed with prejudice in its entirety on the basis of the analysis provided in the Court's entry of September 30, 2010 [Docket No. 95], pursuant to Federal Rule of Civil Procedure 12(b)(6), as required by Federal Rule of Civil Procedure 58(a).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Amended Complaint and this cause of action is dismissed in its entirety WITH PREJUDICE.

SO ORDERED 11/23/2010

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

## Distribution List:

Mary Nold Larimore
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Ph: (317) 236-2100
Fx: (317) 236-2219
Email: larimore@icemiller.com

Bradford A. Berenson
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Ph: (202) 736-8971
Fx: (202) 736-8711
Email: bberenson@sidley.com

Dean T. Barnhard
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46201
Ph: (317) 231-7501
Fx: (317) 231-7433
Email: dean.barnhard@btlaw.com

William A. Hahn
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46201
Ph: (317) 231-7364
Fx: (317) 231-7433
Email: william.hahn@btlaw.com

Jason Levin
Steptoe & Johnson LLP
633 West Fifth St., Ste. 700
Los Angeles, CA 90071
Ph: (213) 439-9455
Fx: (317) 439-9599
Email: jlevin@steptoe.com

Kevin C. Schiferl
Frost Brown Todd LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244
Ph: (317) 237-3819
Fx: (317) 237-3900
Email: kschiferl@fbtlaw.com

Richelle M. Harris
Frost Brown Todd LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244
Ph: (317) 237-3984
Fx: (317) 237-3900
Email: rharris@fbtlaw.com

Melanie F.A. Vitalis
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Ph: (317) 236-2320
Fx: (317) 592-4275
Email: melanie.vitalis@icemiller.com

Richard D. Klingler
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Ph: (202) 736-8063
Fx: (202) 736-8711
Email: rklinger@sidley.com

Jimmie Lamar McMillian
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46201
Ph: (317) 236-1313
Fx: (317) 231-7433
Email: jmcmillian@btlaw.com

Kathleen A. DeLaney
DeLaney & DeLaney LLC
3646 Washington Blvd.
Indianapolis, IN 46205
Ph: (317) 920-0400
Fx: (317) 920-0404
Email: kathleen@delaneylaw.net

Lawrence P. Riff
Steptoe & Johnson LLP
633 West Fifth St., Ste. 700
Los Angeles, CA 90071
Ph: (213) 439-9494
Fx: (317) 439-9599
Email: lrigg@steptoe.com

Melanie D. Margolin
Frost Brown Todd LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244
Ph: (317) 237-3836
Fx: (317) 237-3900
Email: mmargolin@fbtlaw.com

Joshua B. Fleming
Frost Brown Todd LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244
Ph: (317) 237-3984
Fx: (317) 237-3900
Email: jfleming@fbtlaw.com

Brant W. Bishop
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Ph:  (202) 879-5067
Fx:  (202) 879-5200
Email:  bbishop@kirkland.com

Philippa Scarlett
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Ph:  (202) 879-5067
Fx:  (202) 879-5200
Email:  pscarlett@kirkland.com

Daniel J. Thomasch
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
Ph.  (212) 506-5000
Fx. (212) 506-5151

Alberto E. Lugo-Janer
CPLS, PA
201 East Pine Street, Suite 445
Orlando, FL  32801
Ph: (407) 647-7887
Fx: (407) 647-5396
Email:  alugo-janer@cplspa.com

Wallace Rudolph
CPLS, PA
201 East Pine Street, Suite 445
Orlando, FL  32801
Ph: (407) 647-7887
Fx: (407) 647-5396
Email:  wrudoplph@cplspa.com

Andrew W. Hull
Hoover Hull LLP
111 Monument Cir # 4400
P.O. Box 44989
Indianapolis, IN 46204
Ph:  (317) 822-4400
Fx:  (317) 822-0234

Michael D. Shumsky
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Ph:  (202) 879-5067
Fx:  (202) 879-5200
Email:  mshumsky@kirkland.com

Aaron G.R. Rubin
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
Ph.  (212) 506-5000
Fx. (212) 506-5151

Laurie Straugh Weiss
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
Ph.  (212) 506-5000
Fx. (212) 506-5151

Teeluck Persad
CPLS, PA
201 East Pine Street, Suite 445
Orlando, FL  32801
Ph: (407) 647-7887
Fx: (407) 647-5396
Email:  attorneypersad@cplspa.com

Don R. Hostetler
Hoover Hull LLP
111 Monument Cir # 4400
P.O. Box 44989
Indianapolis, IN 46204
Ph:  (317) 822-4400
Fx:  (317) 822-0234
Email:  dhostetler@hooverhull.com

I/2542496.1